Marc J. Randazza, NV Bar No. 12265
Ronald D. Green NV Bar No. 7360
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Defendant*
CELSIUS HOLDINGS, INC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROCKSTAR, INC., | Case No.: 2:18-cv-02371-GMN-NJK |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| vs. | |
| CELSIUS HOLDINGS, INC., | **(First Request)** |
| Defendant. | Complaint Filed: December 13, 2018 |
| | Current Response Date: January 9, 2019 |
| | New Response Date: January 30, 2019 |

## **STIPULATION**

WHEREAS, Plaintiff Rockstar, Inc. ("Plaintiff"), filed this action on December 13, 2018 in the United States District Court District of Nevada;

WHEREAS, the initial Complaint in this action was served on Defendant Celsius Holdings, Inc ("Defendant") on December 19, 2018;

WHEREAS, Defendant had until January 9, 2019 to respond to the initial Complaint;

WHEREAS, this is the first stipulation for extension of time to respond to initial Complaint;

WHEREAS, Defendant was diligently attempting to find counsel to defend it in this matter;

WHEREAS, Defendant has recently finalized their retention of Randazza Legal Group, PLLC as its local counsel and is in the process of having Jonah A. Grossbardt and Joel B. Rothman SRIPLAW, P.A. admitted to this Court Pro Hac Vice to serve as lead counsel;

WHEREAS, Defendant and its counsel requires additional time to review the initial Complaint, and to prepare and file responses to the same; and

WHEREAS, the parties desire to extend the time for the Defendant to file its response,

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The last day for Defendant Celsius Holdings, Inc. to answer or otherwise respond to the Plaintiff's initial Complaint in this action shall be extended to **January 30, 2019**.

| | |
|---|---|
| DATED: January 14, 2019 | /s/ Ronald D. Green<br>Marc J. Randazza, 12265<br>Ronald D. Green, 7360<br>**RANDAZZA LEGAL GROUP, PLLC**<br>Attorneys for Defendant<br>Celsius Holdings, Inc. |
| DATED: January 14, 2019 | /s/ Ian K. Boyd<br>Ian K. Boyd (Pro Hac Vice)<br>**SIDEMAN & BANCROFT LLP**<br>Attorneys for Plaintiff<br>Rockstar, Inc. |
| DATED: January 14, 2019 | /s/ Michael J. McCue<br>Michael J. McCue<br>**LEWIS ROCA ROTHGERBER CHRISTIE LLP**<br>Attorneys for Plaintiff<br>Rockstar, Inc. |

ORDER

The parties' stipulation to extend time for Defendant Celsius Holdings, Inc. to respond to the complaint, Docket No. 12, is hereby **GRANTED**. Defendnat shall repsoind to the complaint no later than January 30, 2019.

IT IS SO ORDERED.

DATED: <u>Jan. 15, 2019</u>

_____
UNITED STATES DISTRICT JUDGE