Jonah A. Grossbardt (*Pro Hac Vice*)
**SRIPLAW**
1801 Century Park East
Suite 1100
Los Angeles, CA  90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Joel B. Rothman (*Pro Hac Vice*)
**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
**RANDAZZA LEGAL GROUP, PLLC**
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702.420.2001
ecf@randazza.com

Attorneys for Defendant
CELSIUS HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROCKSTAR, INC., | ) Case No.:  2:18-cv-02371-GMN-NJK |
| Plaintiff, | ) **FIRST STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO COMPEL** |
| vs. | ) |
| CELSIUS HOLDINGS, INC., | ) Motion Filed: August 21, 2019 |
| Defendant. | ) Current Response Date: August 26, 2019 ) New Response Date: August 28, 2019 ) New Reply Date: September 3, 2019 |

# STIPULATION

WHEREAS, Plaintiff Rockstar, Inc. ("Plaintiff"), filed a Motion to Compel on August 21, 2019 in the United District Court District of Nevada;

WHEREAS, the Defendant's Response to the Motion to Compel is due on August 26, 2019 and Plaintiff's Reply is due on August 28, 2019 pursuant to the Discovery Dispute Rules;

WHEREAS, Defendant's counsel Joel Rothman was out of the office last week and is out of the office this week on vacation;

WHEREAS, the parties have conferred on this brief extension and agreed that this brief extension will assist the parties in briefing their response and reply;

WHEREAS, the parties have agreed to extend Defendant's response date to August 28 and Plaintiff's reply date to September 3, 2019;

WHEREAS, this is the first stipulation for extension of time to respond to Plaintiff's Motion to Compel;

WHEREAS, the parties desire to extend the time for the Defendant to file its response and Plaintiff to file its reply,

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The last day for Defendant Celsius Holdings, Inc. to respond to Plaintiff Rockstar, Inc.'s Motion to Compel shall be extended to August 28, 2019 and the last day for Plaintiff to Reply to Defendant's Response shall be extended to **September 3, 2019**.

| LEWIS ROCA ROTHGERBER LLP | SRIPLAW |
|---|---|
| By: /s/ Michael J. McCue | By: /s/ Joel B. Rothman |
| Michael J. McCue | Joel B. Rothman, *Admitted Pro Hac Vice* |

| | |
|---|---|
| 3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, NV 89169 | 21301 Powerline Road, Suite 100<br>Boca Raton, FL 33433 |
| and | By: /s/ Jonah A. Grossbardt<br>Jonah A. Grossbardt, (admitted *pro hac vice*) |
| Ian K. Boyd (admitted *pro hac vice*)<br>Ellen P. Liu (admitted *pro hac vice*)<br>SIDEMAN & BANCROFT LLP<br>One Embarcadero Center, 22nd Floor<br>San Francisco, California 94111-3711<br>Telephone: 415-392-1960 | 1801 Century Park East, Suite 1100<br>Los Angeles, CA 90067<br><br>and<br><br>Marc J. Randazza, NV Bar No. 12265<br>Ronald D. Green, NV Bar No. 7360<br>RANDAZZA LEGAL GROUP, PLLC<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117 |
| *Attorneys for Plaintiff*<br>*Rockstar, Inc.* | *Attorneys for Defendant*<br>*Celsius Holdings, Inc.* |

**IT IS SO ORDERED.**

DATED: August 27, 2019

_____
Honorable Nancy J. Koppe
United States Magistrate Judge