Jonah A. Grossbardt (*Pro Hac Vice*)
**SRIPLAW**
1801 Century Park East
Suite 1100
Los Angeles, CA  90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Joel B. Rothman (*Pro Hac Vice*)
**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
**RANDAZZA LEGAL GROUP, PLLC**
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702.420.2001
ecf@randazza.com

Attorneys for Defendant
CELSIUS HOLDINGS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROCKSTAR, INC., | ) Case No.: 2:18-cv-02371-GMN-NJK |
| Plaintiff, | ) **INTERIM STATUS REPORT** |
| vs. | ) |
| CELSIUS HOLDINGS, INC., | ) Judge:  Honorable Gloria M. Navarro |
| Defendant. | ) |

SRIPLAW
LOS ANGELES, CALIFORNIA

Pursuant to the Order entered at ECF #48 and L.R. 26-3, the parties set forth their interim status report as follows:

1.      The time the parties estimate will be required for trial, giving 3 alternative available trial dates, and stating whether, in the opinion of the attorneys or pro se parties who will try the case, trial will be eliminated or its length affected by substantive motions.

PLAINTIFF:

Rockstar estimates that trial will require 3-4 days.  Rockstar is generally available for trial in March and April 2020, and specifically the weeks of March 23, March 30 and April 6, 2020.  Trial may be shortened based on narrowing of issues through substantive motions but Rockstar does not believe that the need for trial will be eliminated.

DEFENDANT: Celsius estimates the time required for trial to be 3-5 days.  In the opinion of Celsius' attorneys, trial will be eliminated by substantive motions including Celsius' Motion for Summary Judgment and for Judgment on the Pleadings filed at ECF #42.  Celsius is generally available the weeks of May 26, June 15 and June 22, 2019.

2.      The parties must certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, use of the Short Trial Program (General Order 2013-01), and the use of alternative dispute-resolution processes including mediation, arbitration, and early neutral evaluation.

PLAINTIFF:

Rockstar so certifies but does not at this time agree to trial by a magistrate judge or use of the Short Trial Program.  Rockstar does not believe that ADR would be fruitful

**SRIPLAW**
Los Angeles, California

at this time but would consider ADR (specifically mediation) at a later time should both parties agree.

DEFENDANT: Celsius so certifies but at this time it does not agree to a trial by magistrate judge. Celsius would consider the use of ADR processes after discovery cut-off but at this time does not believe that they would be fruitful.

**SRIPLAW**
Los Angeles, California

| | |
|---|---|
| SIDEMAN BANCROFT LLP | SRIPLAW |
| By: /s/ Ian K. Boyd<br>Ian K. Boyd (admitted *pro hac vice*)<br>Ellen P. Liu (admitted *pro hac vice*)<br>SIDEMAN & BANCROFT LLP<br>One Embarcadero Center, 22nd Floor<br>San Francisco, California 94111-3711<br>Telephone: 415-392-1960 | By: /s/ Joel B. Rothman<br>Joel B. Rothman, *Admitted Pro Hac Vice*<br>21301 Powerline Road, Suite 100<br>Boca Raton, FL 33433<br><br>Jonah A. Grossbardt, (admitted *pro hac vice*)<br>1801 Century Park East, Suite 1100<br>Los Angeles, CA 90067 |
| and | and |
| Michael J. McCue<br>LEWIS ROCA ROTHGERBER LLP<br>3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, NV 89169<br><br>*Attorneys for Plaintiff*<br>*Rockstar, Inc.* | Marc J. Randazza, NV Bar No. 12265<br>Ronald D. Green, NV Bar No. 7360<br>RANDAZZA LEGAL GROUP, PLLC<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117<br><br>*Attorneys for Defendant*<br>*Celsius Holdings, Inc.* |

**SRIPLAW**
LOS ANGELES, CALIFORNIA

10221-3\4203720v1

2:18-cv-02371-GMN-NJK