Ian K. Boyd (admitted *pro hac vice*)
Email: iboyd@sideman.com
Ellen P. Liu (admitted *pro hac vice*)
Email: eliu@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:  (415) 392-1960
Facsimile:  (415) 392-0827

Michael J. McCue
Nevada Bar No. 6055
Meng Zhong
Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: 702.949.8200
Email: mmccue@lrrc.com
Email: mzhong@lrrc.com

Attorneys for ROCKSTAR, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROCKSTAR, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CELSIUS HOLDINGS, INC., a Florida corporation,<br><br>    Defendant. | Case No. 2:18-cv-02371-GMN-NJK<br><br>**STIPULATION TO DISMISS AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER** |

Plaintiff Rockstar, Inc. and Defendant Celsius Holdings, Inc. (the "Parties") have settled this action pursuant to a written settlement agreement. Therefore, pursuant to Local Rule 7-1, the Parties stipulate and respectfully request that the Court dismiss this Action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court shall retain jurisdiction over the parties for the limited purpose of enforcing the settlement agreement.

DATED: January 17, 2020

| LEWIS ROCA ROTHGERBER LLP | SRIPLAW |
|---|---|
| By: /s/ Meng Zhong<br>Michael J. McCue<br>Meng Zhong<br>3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, NV 89169<br><br>and<br><br>Ian K. Boyd (admitted *pro hac vice*)<br>Ellen P. Liu (admitted *pro hac vice*)<br>SIDEMAN & BANCROFT LLP<br>One Embarcadero Center, 22nd Floor<br>San Francisco, California 94111-3711<br>Telephone: 415-392-1960<br><br>*Attorneys for Plaintiff*<br>*Rockstar, Inc.* | By: /s/ Joel B. Rothman<br>Joel B. Rothman, *Admitted Pro Hac Vice*<br>21301 Powerline Road, Suite 100<br>Boca Raton, FL 33433<br><br>Jonah A. Grossbardt, (admitted *pro hac vice*)<br>1801 Century Park East, Suite 1100<br>Los Angeles, CA 90067<br><br>and<br><br>Ronald D. Green, NV Bar No. 7360<br>RANDAZZA LEGAL GROUP, PLLC<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117<br><br>*Attorneys for Defendant*<br>*Celsius Holdings, Inc.* |

Pursuant to the foregoing, **IT IS SO ORDERED.**

**DATED** this 23 day of January, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of LEWIS ROCA ROTHGERBER CHRISTIE LLP, and that on the 17th day of January, 2020, and pursuant to FRCP 5(b), a copy of the foregoing **STIPULATION TO DISMISS AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER** was served by electronic service on the following:

> Jonah A. Grossbardt, *Admitted Pro Hac Vice*
> **SRIPLAW**
> 1801 Century Park East, Suite 1100
> Los Angeles, CA 90067
> Jonah.grossbardt@sriplaw.com
>
> Joel B. Rothman, *Admitted Pro Hac Vice*
> **SRIPLAW**
> 21301 Powerline Road, Suite 100
> Boca Raton, FL 33433
> Joel.rothman@sriplaw.com
>
> Ronald D. Green, NV Bar No. 7360
> **RANDAZZA LEGAL GROUP, PLLC**
> 2764 Lake Sahara Drive, Suite 109
> Las Vegas, NV 89117
> ecf@randazza.com
>
> *Attorneys for Defendant Celsius Holdings, Inc.*

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated this 17th day of January, 2020.

> */s/ Joy Ann Jones, ACP*
> An employee of LEWIS ROCA
> ROTHGERBER CHRISTIE LLP

10221-3\4283952v2    3    Case No. 2:18-cv-02371-GMN-NJK
STIPULATION TO DISMISS AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER